UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>VELASCO, et al.,<br><br>        Defendants. | 1:12-cv-00229-DAD-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**February 1, 2016 at 10:00 a.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Monday, **February 1, 2016 at 10:00 a.m. in Courtroom 10 (EPG).** The parties shall be prepared to discuss the outstanding motion to compel and any other discovery disputes, whether any party intends to file a summary judgment motion and on what basis, the willingness to participate in a settlement conference, scheduling for trial, and any other issues the parties wish to address. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:  **January 21, 2016**          /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE