## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VELASCO, et al.,<br><br>　　　　　Defendants. | 1:12-cv-00229-DAD-EPG-PC<br><br>NOTICE OF CONTINUANCE OF TELEPHONIC STATUS CONFERENCE<br><br>**<u>New Date</u>**<br>**February 8, 2016 at 10:00 a.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

On January 22, 2016, the Court issued an order scheduling a telephonic status conference in this case, to be held on February 1, 2016 at 10:00 a.m. before Magistrate Judge Erica P. Grosjean. (ECF No. 38.) Defense counsel was directed to arrange for the participation of Plaintiff in the telephonic conference and to initiate the conference by calling the Court. (<u>Id.</u> at 1:20-22.) On the morning of the hearing, at approximately 10:00 a.m., counsel for defendants, Tiffany Johnson, contacted the Court to say that she could not arrange a call because Plaintiff was in jail and could only call out collect and could not receive calls. The Court's staff attempted to facilitate a call for twenty minutes. At times, defense counsel was unavailable. After twenty minutes, the Court continued the conference until the next week.

Defense counsel was directed to arrange a call in advance in order to foresee such difficulties. It is not acceptable to wait until the start of Court to arrange such calls. If there are issues with coordination with the jail, they must be raised with the Court in advance.

The telephonic status conference is continued to **Monday, February 8, 2016 at 10:00 a.m.** before the undersigned. Defense counsel is again required to arrange for the participation of Plaintiff in the telephonic conference and to initiate the telephonic hearing at **(559) 499-5960**. Defense counsel is advised to spend ample time before the hearing, contacting jail employees ahead of time to ensure that Plaintiff is connected for the telephonic hearing at the scheduled time.

IT IS SO ORDERED.

Dated:   **February 1, 2016**             /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE