UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>VELASCO, et al.,<br><br>        Defendants. | 1:12-cv-00229-DAD-EPG-PC<br><br>SCHEDULING ORDER FOLLOWING STATUS CONFERENCE HELD ON FEBRUARY 8, 2016<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL (ECF No. 30.)<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE MOTION TO AMEND BY MARCH 4, 2016<br><br>**Deadline for Plaintiff to file Motion to Amend, if any**:    March 4, 2016<br><br>**Settlement Conference**:<br>  Date:      Monday, April 18, 2016<br>  Time:      10:30 a.m.<br>  Location:  Courtroom 10 (EPG)<br><br>**Confidential Settlement Conference Statements Due**:    April 11, 2016 |

## I.  BACKGROUND

Paul Montanez ("Plaintiff") is a Los Angeles County Jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's original Complaint, filed on February 17, 2012, against defendants Sergeant Campbell and Correctional Officer Velasco ("Defendants"), for inadequate medical care in violation of the Eighth Amendment.[1]  (ECF No. 1.)

---

[1] On August 8, 2014, the Court issued an order dismissing all other claims and defendants from this action, based on Plaintiff's failure to state a § 1983 claim. (ECF No. 12.)

On February 9, 2015, the Court issued a Scheduling Order establishing deadlines of October 9, 2015 for completion of discovery, and December 21, 2015 for the parties to file pretrial dispositive motions. (ECF No. 22.) Discovery is now closed. However, on December 16, 2015, the Court extended the deadline for filing dispositive motions to March 21, 2016. (ECF No. 35.)

On October 20, 2015, Plaintiff filed a motion to compel production of documents and responses to interrogatories. (ECF No. 30.) The motion to compel is pending.

## II.  STATUS CONFERENCE

On February 8, 2016 at 10:00 a.m., a telephonic status conference was held before Magistrate Judge Erica P. Grosjean to discuss the status of this case, outstanding motions, and a potential settlement conference. Plaintiff appeared telephonically on his own behalf, and Deputy District Attorney Tiffany Johnson appeared telephonically on behalf of Defendants.

### A.  Motion to Compel

The Court heard argument on Plaintiff's motion to compel, ECF No. 30. That motion is granted in part and denied in part.

Defendants shall conduct a reasonable search for any policies and procedures in any written form, including but not limited to manuals, training materials, and memos, on the issues of (1) when a prison officer can refuse to transport an inmate to a medical appointment, including but not limited to a physical therapy appointment; and (2) under what circumstances a prison officer can or should file or refrain from filing a 115 rules violation report. To the extent Defendants locate any materials not already disclosed to Plaintiff, Defendants must either disclose such documents or indicate to Plaintiff that such a document exists but that Defendant is withholding that document based on some legal basis. At the same time as notification to Plaintiff of withholding a document, Defendants shall submit any such document or portions of the document, to the Court confidentially for *in camera* review along with an explanation and any supporting declaration supporting the legal basis for withholding the document or portion of the document.

///

On the record, defense counsel confirmed that Defendants have made a reasonable search for the Form 7252 sought by Plaintiff and failed to locate any such document. Defense counsel was informed that if that form still exists it would be in Plaintiff's medical file, but both parties confirmed it was not currently in Plaintiff's medical file. Defense counsel agreed to provide Plaintiff with a copy of his deposition from October 5, 2015. Defense counsel also represented that all documents regarding procedures for conducting a strip search had been produced.

The remainder of Plaintiff's motion to compel is denied for the reasons stated on the record.

### B.   Motion to Amend

Plaintiff requested leave to amend his complaint to assert claims regarding violations of due process and to add a defendant. The Court discussed general standards for leave to amend. The Court held that Plaintiff may file a motion for leave to amend the complaint, if he wishes, on or before March 4, 2016.

### C.   Settlement Conference

With consent of the parties, the Court has set a settlement conference on April 18, 2016 at 10:30 am in Courtroom 10 before Magistrate Judge Erica P. Grosjean.

Parties shall appear at the settlement conference in person with full authority to negotiate and settle the case on any terms. Government entities may appear through litigation counsel only, but must have immediate access to the individual with settlement authority. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions;

Each party shall provide a Confidential Settlement Conference Statement to:

>  Chambers of Magistrate Judge Erica P. Grosjean
>  United States District Court
>  2500 Tulare Street, Room 1501
>  Fresno, California 93721

so they are received no later than **April 11, 2016**, and file a **Notice of Submission** of the Confidential Settlement Conference Statement with the Clerk of the Court (See Local Rule

270(d)). Settlement conference statements **should not be filed** with the Clerk of the Court nor served on any other party.  Settlement conference statements shall be clearly marked "CONFIDENTIAL" with the date and time of the settlement conference indicated prominently thereon.  The confidential settlement conference statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

1. A brief statement of the facts of the case;
2. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute;
3. An estimate of the cost and time to be expended for further discovery, pretrial, and trial;
4. The relief sought;
5. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands; and
6. A brief statement of each party's expectations and goals for the settlement conference.

**D.     Delay in Plaintiff's Court Mail**

Plaintiff noted that he has not had timely delivery of Court papers while at the County Jail in Los Angeles County.

**III.    CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel, filed on October 20, 2015, is GRANTED IN PART;
2. Defendants shall produce discovery documents as instructed by this order;
3. A Settlement Conference is scheduled for April 18, 2016, at 10:30 a.m. in Courtroom 10, before United States Magistrate Judge Erica P. Grosjean;

4. The parties shall submit confidential settlement conference statements as discussed in this order one week before the Settlement Conference, no later than April 11, 2016;

5. Plaintiff is granted leave to amend the complaint, if he so wishes, on or before March 4, 2016.

IT IS SO ORDERED.

Dated: **February 8, 2016**               /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE