UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>         Plaintiff,<br><br>    vs.<br><br>VELASCO, et al.,<br><br>         Defendants. | 1:12-cv-00229-DAD-EPG-PC<br><br>ORDER ADDRESSING ATTORNEY APPEARANCE<br>(ECF No. 44.)<br><br>ORDER FOR CLERK TO REFLECT PLAINTIFF'S PRO PER STATUS ON COURT RECORD<br><br>THIRTY-DAY DEADLINE TO SUBMIT ATTACHED FORM FOR SUBSTITUTION OF ATTORNEYS |

**I.    BACKGROUND**

This is a civil rights action filed under 42 U.S.C. § 1983 by Paul Montanez ("Plaintiff"), a Los Angeles County Jail inmate proceeding *pro se* and *in forma pauperis*. The initial Complaint, upon which this case now proceeds, was filed by Plaintiff on February 17, 2012. (ECF No. 1.)

On March 9, 2016, Attorney Justin A. Palmer, Esq., filed a notice of appearance as counsel of record for Plaintiff. (ECF No. 44.)

**II.    SUBSTITUTION OF ATTORNEYS**

Attorney Palmer requests to be served with all pleadings and other documents in this case. However, at this juncture, Plaintiff is proceeding *in propria persona*.[1] To substitute an

---

[1] A litigant proceeding *in propria persona*, or *pro se*, is one who represents himself in a Court proceeding without the assistance of a lawyer. Black's Law Dictionary, 1256, 1258 (8th ed. 2004).

attorney in place of himself as attorney of record, Plaintiff must submit a substitution of attorneys document to the Court, setting forth the full name and address of the new attorney, and signed by Plaintiff (as the withdrawing attorney and client) and the new attorney.  Local Rule 182(g).  "All substitutions of attorneys shall require the approval of the Court, and the words **'IT IS SO ORDERED**' with spaces designated for the date and signature of the Judge affixed at the end of each substitution of attorneys."  Id.  A form for substitution of attorneys shall be sent to Plaintiff for his use.  If Plaintiff seeks to substitute Attorney Palmer as his attorney of record, he should return the completed form within thirty days.

Until a substitution of attorneys is granted by the Court, Plaintiff's address of record shall reflect his address of residence.  There is no Federal Rule of Civil Procedure or Local Rule allowing service of Court and other legal documentation at an address other than a *pro se* litigant's actual address.  Local Rule 131, Local Rule 182(f), and Local Rule 183(b) require *pro se* litigants to inform the Court of their addresses and to keep the Court informed of any change in their addresses.

**III.   CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. This order addresses the appearance of Attorney Justin A. Palmer as counsel for Plaintiff in this action on March 9, 2016;
2. The Clerk of Court is DIRECTED to:
    (1) Reflect Plaintiff's current status as a *pro per* litigant on the Court's docket;
    (2) Reflect Plaintiff's address of record as:

    > Paul Montanez
    > 3844012
    > Los Angeles County Jail
    > P.O. Box 86164
    > Terminal Annex
    > Los Angeles, CA  90086-164

    (3) Serve a copy of this order on:

    > Justin A. Palmer, Esq.
    > Filer/Palmer, LLP

249 East Ocean Blvd., Suite 501
Long Beach, CA  90802

  (4) Attach a copy of form AO-154 for substitution of attorneys to this order; and

 3. If Plaintiff wishes to substitute Attorney Justin A. Palmer as his attorney of record, Plaintiff shall complete and return the attached form for substitution of attorneys within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated: **March 11, 2016**    /s/ *Erica P. Grosjean*
                UNITED STATES MAGISTRATE JUDGE