UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>VELASCO, et al.,<br><br>                    Defendants. | 1:12-cv-00229-DAD-EPG  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>PAUL MONTANEZ, #3844012, AND HIS<br>LEGAL PROPERTY FOR SETTLEMENT<br>CONFERENCE<br><br>**DATE: April 18, 2016**<br>**TIME:  10:30 a.m.** |

Paul Montanez, inmate, #3844012, a necessary and material witness in proceedings in this case on April 18, 2016, is confined at the Los Angeles County Jail, 450 Bauchet Street, Los Angeles, California 90012 in the custody of the Sheriff.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus *ad Testificandum* issue commanding the custodian to produce the inmate for a settlement conference before Magistrate Judge Erica P. Grosjean in Courtroom #10 at the United States District Court, 2500 Tulare, Street, Fresno, California 93721on **April 18, 2016, at 10:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus *ad Testificandum* issue, under the seal of this Court, commanding the Sheriff to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Los Angeles County Sheriff**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the settlement conference, or as ordered by the Court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this case shall accompany the inmate to the settlement conference**

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **March 15, 2016**                    /s/ *Erica P. Grosjean*
                                               UNITED STATES MAGISTRATE JUDGE