UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>VELASCO, et al.,<br><br>            Defendants. | 1:12-cv-00229-DAD-EPG-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXCUSE PERSONAL APPEARANCE OF INDIVIDUAL DEFENDANTS AND CDCR'S STAFF COUNSEL AT SETTLEMENT CONFERENCE, AND TO ALLOW CDCR'S STAFF COUNSEL TO APPEAR TELEPHONICALLY<br>(ECF No. 47.)<br><br>**Settlement Conference:**<br>   Date:         Monday, April 18, 2016<br>   Time:        10:30 a.m.<br>   Location:   Courtroom 10 (EPG)<br><br>**Confidential Settlement Conference**<br>**Statements Due:**   April 11, 2016 |

**I.     BACKGROUND**

This is a civil rights action filed under 42 U.S.C. § 1983 by Paul Montanez ("Plaintiff"), a Los Angeles County Jail inmate proceeding *pro se* and *in forma pauperis*. This case now proceeds with the initial Complaint filed on February 17, 2012, against defendants Sergeant Campbell and Correctional Officer Velasco ("Defendants"), for inadequate medical care in violation of the Eighth Amendment. (ECF No. 1.) This case is scheduled for a settlement

conference before Magistrate Judge Erica P. Grosjean on April 18, 2016 at 10:30 a.m. in Courtroom 10.

On March 18, 2016, Defendants filed an ex parte request concerning appearances at the settlement conference. (ECF No. 47.)

## II.   DEFENDANTS' REQUEST

Defendants request the Court to excuse the individual Defendants and the staff counsel for the California Department of Corrections (CDCR) from personally appearing at the settlement conference, and to permit CDCR's staff counsel to appear telephonically, because of the State's difficult financial situation. (ECF No. 47.)

Defense counsel, Tiffany Johnson, asserts that the CDCR has suffered significant budget cuts and is under a travel freeze. (Decl. of Tiffany Johnson, ECF No. 47 at 2 ¶2.) Defense counsel also asserts that CDCR's staff counsel is authorized to enter into a settlement on Defendants' behalf, and defense counsel will have settlement authority and the ability to contact CDCR's staff counsel to request consideration of additional authority. (Id. ¶3.) Because the individual Defendants are indemnified by the State, their presence at the settlement conference is unnecessary. (Id. ¶4.) Defense counsel also asserts that she contacted Plaintiff's attorney, Justin Palmer, and he does not oppose this request. (Id. ¶6.)

Based on the foregoing, the Court finds good cause to excuse the individual Defendants and CDCR's staff counsel from personally appearing at the settlement conference, and to allow CDCR's staff counsel to appear at the settlement conference telephonically. Therefore, Defendants' request shall be granted.

## III.   CONCLUSION

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request, filed on March 18, 2016, is GRANTED;
2. The individual Defendants and CDCR's staff counsel are excused from making a personal appearance at the settlement conference for this case on April 18, 2016; and

///

3. CDCR's staff counsel is permitted to appear at the settlement conference telephonically.

IT IS SO ORDERED.

Dated: __**March 21, 2016**__                    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE