UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>VELASCO, et al.,<br><br>    Defendants. | 1:12-cv-00229-DAD-EPG-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR STATUS CONFERENCE<br>(ECF No. 52.)<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**March 28, 2016 at 10:00 a.m.**<br>**Courtroom 10 (EPG)** |

   Paul Montanez ("Plaintiff"), an inmate at the Los Angeles County Jail, is proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983.  This case is scheduled for a Settlement Conference before Magistrate Judge Erica P. Grosjean on April 18, 2016 at 10:30 a.m.

   On March 22, 2016, Plaintiff filed an ex parte application to set a status conference in this case to discuss issues with arranging for Plaintiff's transportation to the Settlement Conference, filing a motion for leave to amend the Complaint, and re-opening fact discovery. Plaintiff's counsel has spoken of these issues with defense counsel, and the parties are available for a status conference on March 28, 2016.  (Dec. of Justin A. Palmer, ECF No. 52-1 ¶7.)

Plaintiff has shown good cause for the Court to schedule a telephonic status conference before the Court.  Therefore, Plaintiff's application shall be granted.

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Monday, **March 28, 2016 at 10:00 a.m.** in Courtroom 10**.**  The parties shall be prepared to informally discuss Plaintiff's transportation to the Settlement Conference, Plaintiff's proposed motion for leave to amend, and whether discovery should be re-opened. Counsel for the parties shall coordinate a one-line conference call and initiate the status conference at chambers phone number **(550) 499-5960.**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's application to schedule a status conference, filed on March 22, 2016, is GRANTED; and

2. This case is scheduled for a telephonic status conference on Monday, **March 28, 2016 at 10:00 a.m.** in Courtroom 10 before the Honorable Magistrate Judge Erica P. Grojean.

IT IS SO ORDERED.

Dated:   **March 24, 2016**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE