UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VELASCO, et al.,<br><br>　　　　Defendants. | 1:12-cv-00229-DAD-EPG-PC<br><br>ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE HELD ON MARCH 28, 2016<br><br>ORDER VACATING DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

## I. BACKGROUND

Plaintiff, Paul Montanez ("Plaintiff"), is an inmate at the Los Angeles County Jail ("Jail"), proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. This case is scheduled for a Settlement Conference before Magistrate Judge Erica P. Grosjean on April 18, 2016 at 10:30 a.m. at the U.S. District Court in Fresno, California.

## II. STATUS CONFERENCE

On March 28, 2016 at 10:00 a.m., a telephonic status conference was held before Magistrate Judge Erica P. Grosjean. Attorney Justin Palmer appeared telephonically on behalf of Plaintiff, and California Deputy Attorney General Tiffany Johnson appeared telephonically on behalf of Defendants.

The parties discussed the status of this case, the upcoming settlement conference, and whether Plaintiff will appear at the settlement conference in person or by telephone.

Plaintiff's counsel informed the Court that the Los Angeles County Sheriff ("Sheriff") has indicated they will not comply with the Court's Writ to transport Plaintiff from the Jail to the Court in Fresno.[1]  The Court and the parties agreed that Plaintiff's appearance by telephone would be acceptable, but only if arrangements could be made for Plaintiff to remain on an open telephone line throughout the settlement conference.  The Court indicated that the Court's Writ will not be vacated unless the Court receives written assurance from the Jail or the Sheriff that such telephone arrangements will be made.

Plaintiff's Counsel requested leave to amend the complaint and to conduct further discovery before trial.  The Court made no rulings on these requests at the hearing, and Plaintiff's Counsel agreed to postpone filing motions to amend and to conduct further discovery until after the settlement conference, if settlement does not succeed.  The Court indicated that if settlement does not succeed, another status conference will be scheduled.  Further, the parties agreed to vacate the deadline for Plaintiff to file an opposition to Defendants' motion for summary judgment of March 21, 2016, pending the results of the settlement conference.

### III.    CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff may appear telephonically at the settlement conference scheduled for April 18, 2016 at 10:30 a.m., but only if the Court receives written assurance from the Los Angeles County Jail or the Los Angeles County Sheriff that arrangements will be made for Plaintiff to remain on an open telephone line throughout the settlement conference.  Until the Court receives written assurance, the Court's Writ of habeas corpus *ad testificandum* issued on March 15, 2016, compelling the Los Angeles County Sheriff to transport Plaintiff from

---

[1] On March 15, 2016, the Court issued a writ of habeas corpus *ad testificandum*, compelling the Los Angeles County Sheriff ("Sheriff") to transport Plaintiff from the Jail to the U.S. District Court in Fresno for the settlement conference.  (ECF No. 46.)

the Jail to the U.S. District Court in Fresno for the settlement conference, shall remain in force and shall not be vacated;

2. The deadline for Plaintiff to file an opposition to Defendants' motion for summary judgment filed on March 21, 2016, is vacated pending the results of the April 18, 2016 settlement conference;

3. If settlement does not succeed, the Court shall schedule a further status conference; and

4. The Clerk is directed to serve a copy of this order on the Los Angeles County Sheriff.

IT IS SO ORDERED.

Dated:   **April 6, 2016**                               /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE