UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>VELASCO, et al.,<br><br>    Defendants. | 1:12-cv-00229-DAD-EPG-PC<br><br>ORDER VACATING MARCH 15, 2016 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE PAUL MONTANEZ, #3844012, AND HIS LEGAL PROPERTY FOR SETTLEMENT CONFERENCE ON APRIL 18, 2016 (ECF No. 46.)<br><br>Paul Montanez, #3844012 |

  On March 15, 2016, the Court issued an order and Writ of Habeas Corpus *ad Testificandum* to transport inmate witness Paul Montanez #3844012 and his legal property, commanding the Los Angeles County Sheriff to produce Los Angeles Central Jail inmate Paul Montanez #3844012 to Courtroom #10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on **April 18, 2016, at 10:30 a.m.** to attend a Settlement Conference for this action.  (ECF No. 46.)

  Arrangements shall be made for inmate Montanez to participate in the Settlement Conference by telephone.  Therefore, a personal appearance by inmate Montanez at the Settlement Conference on April 18, 2016 is no longer needed.

1

**ACCORDINGLY, IT IS ORDERED** that the Court's order of March 15, 2016, ordering that a Writ of Habeas Corpus *ad Testificandum* issue, and the Writ of Habeas Corpus *ad Testificandum* issued on March 15, 2016, commanding the Los Angeles County Sheriff to produce inmate Paul Montanez #3844012, **ARE HEREBY VACATED**.

IT IS SO ORDERED.

Dated:   **April 13, 2016**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE



