UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>VELASCO, et al.,<br><br>        Defendants. | No. 1:12-cv-00229-DAD-EPG (PC)<br><br>ORDER CLOSING CASE<br><br>(Doc. Nos. 48, 60) |

     Paul Montanez is a Los Angeles Central Jail inmate proceeding with counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983. This case is proceeding on the original complaint filed on February 17, 2012, against defendants Sergeant Campbell and Correctional Officer Velasco, for allegedly providing plaintiff inadequate medical care in violation of the Eighth Amendment. (Doc. Nos. 1, 12, and 13.)

     On April 18, 2016, a settlement conference was held before Magistrate Judge Erica P. Grojean, and the case settled. (Doc. No. 59.) On April 22, 2016, a stipulation for voluntary dismissal with prejudice was filed with the court, containing the signatures of counsel for plaintiff and counsel for defendants Velasco and Campbell. (Doc. No. 60.) The stipulation states that plaintiff Paul Montanez and defendants Velasco, *et al.*, have resolved this case in its entirety and therefore stipulate to a dismissal of this action with prejudice under Federal Rule of Civil

/////

1

Procedure 41(a)(1)(A)(ii), with each party to bear its own litigation costs and attorney's fees. (*Id.*)

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The stipulation filed on April 22, 2016 is signed by all parties who have appeared in this case. Therefore, the parties' stipulation is given full force and effect, and this case has been dismissed with prejudice. The Clerk of the Court will be directed to close the case.

Accordingly:

1. The parties' stipulation for voluntary dismissal of this action with prejudice (Doc. No. 60) is effective as of the date it was filed;
2. This case has been dismissed with prejudice and with each party to bear its own litigation costs and attorney's fees;
3. All pending motions (Doc. No. 48) are denied as moot; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 4, 2016**

_____
UNITED STATES DISTRICT JUDGE